IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE ROBERTS, #143289, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 3:08cv599-WHA ) (WO) |
| JAY JONES, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

The Report and Recommendation of the Magistrate Judge (Doc. #3) having been vacated by the Magistrate Judge, it is hereby

ORDERED that the Plaintiff's Objection to the Report and Recommendation (Doc. #4) is OVERRULED as moot.

DONE this 21st day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE